In the Matter of the Claim of PAUL W. BROWN, Respondent, against UNITED SERVICES FOR AIR, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued February 21, 1949; decided March 3, 1949.

*Reid S. Moule* and *Raymond T. Miles* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.